UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
**BARTIZAN CONNECTS, LLC**,

    *Plaintiff*,

 -against-             08-CV-03368 (RJS) (JCF)

**MAGED MOHAMED and**       RULE 7.1 STATEMENT
**TECHNEAT, INC.**,

    *Defendants.*
----------------------------------------------------------X

 Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Techneat, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

              None

Dated: Carle Place, New York
    June 23, 2008

              Law Office of STEVEN COHN, P.C.

         By: s/_____
            Steven Cohn, Esq. (SC 2809)
            Attorneys for *defendants*
            Maged Mohamed and Techneat, Inc.
            1 Old Country Road, Suite 420
            Carle Place, New York 11514
            (516) 294-6410
            scohn@scohnlaw.com