UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/09
```

BARTIZAN CONNECTS, LLC,

                    Plaintiff,

        -v-

MAGED MOHAMED and TECHNEAT,
INC.,

                    Defendants.

No. 08 Civ. 3368 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Plaintiff's June 10, 2009 letter, which indicates that counsel have agreed to the terms of an agreement resolving this action but that additional time is necessary to allow Defendants to execute the settlement documents. In light of the representations in Plaintiff's letter, the Court deems it appropriate to extend the thirty-day period set forth in the Court's May 13, 2009 Order that closed this case subject to either party's ability to have the matter restored to the active calendar by submitting a letter request to the Court.

Accordingly, IT IS HEREBY ORDERED that this action shall remain closed pursuant to the terms described in the Court's May 13, 2009 Order; provided, however, that prior to July 15, 2009, any party may apply by letter for restoration of this action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

DATED:      June 11, 2009
            New York, New York



            _____
            RICHARD J. SULLIVAN
            UNITED STATES DISTRICT JUDGE